IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SALVATORE STABILE, individually and on behalf of all others similarly situated,**<br><br>    Plaintiff,<br><br>    -v-<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.,**<br><br>    Defendant. | Civil Case Number:  2:19-cv-14644-CCC-CLW |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 6, 2020 Stipulation of Dismissal, all claims asserted against Defendant **FEIN, SUCH, KAHN & SHEPARD, P.C.** in Civil Action No. **2:19-cv-14644-CCC-CLW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS __7__ day of July 2020.**

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE